**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eric S Greene, II, | No. CV-26-05237-PHX-SHD |
| Plaintiff, | **ORDER** |
| v. | |
| Experian Information Solutions Incorporated, et al., | |
| Defendants. | |

At issue is pro se Plaintiff Eric S. Greene II's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2). Having determined that Greene is unable to pay the Court's fees, the Court will grant the Application. In addition, the Court having screened Greene's Complaint (Doc. 1) pursuant to 28 U.S.C. § 1915(e)(2), Greene may now serve the Complaint and Summons on the Defendants.

**IT IS THEREFORE ORDERED** granting Greene's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2). Greene shall serve the Complaint and Summons on the Defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure and may choose to request that the Defendants waive service of the Complaint and Summons under Rule 4(d).

Dated this 3rd day of August, 2026.

Honorable Sharad H. Desai
United States District Judge